# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 12, 2021

Bridget M. McCormack,
Chief Justice

162705(36)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff,
and

JANE DOE,
Appellant,

v

SC: 162705
COA: 355332
Wayne CC: 20-003749-AR

DARRYL TROY HILLIARD,
Defendant-Appellee.
_____/

On order of the Chief Justice, the motion of appellant to proceed under a pseudonym is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 12, 2021



Clerk